## SUCCESSION OF BENJAMIN ANDREWS.

From the moment when the citation of appeal is served on the appellee, the appellant cannot withdraw his appeal; and whether the appellee obtain the rejection of the appeal by producing the record from the court below or prosecute execution on the judgment appealed from, on the certificate of the Clerk that the record has not been brought up by the appellant (within three days after the time allowed him to file the record) the appeal shall be considered as abandoned, and the appellant shall not afterwards be allowed to renew it. C. P. 594, 589; 15 An. 591 and 592.

APPEAL from the District Court of Washington, *Wilson*, J.

*T. C. W. Ellis*, for Burris, curator. *Alfred Hennen*, for defendants.

BUCHANAN, J. The appellee moves to dismiss this appeal on the following grounds:

1. That appellant applied for and obtained an appeal to this court, returnable on the fourth Monday of February, 1860, from a judgment rendered by the District Court on the 15th December, 1859; that he failed to give bond and take the necessary steps to prosecute his said appeal; that appellant thereby abandoned his appeal, and cannot be permitted to renew it.

2. That having failed to bring up his said appeal within the time prescribed by the order of court and at the regular return day, appellee obtained the certificate of the Clerk of the Supreme Court, stating that the record had not been brought up, &c., which certificate appellee produced at the next regular term of the District Court, and obtained award of execution upon the judgment, which thereby became irrevocable; that the subsequent appeal from the said judgment is consequently illegal, and cannot be entertained.

The facts stated in this rule are shown to be true by the record. And under the law and the practice of the court, this motion must prevail. C. P. Art. 589, 594; 15 An. 591; *Ibid.* 592.

Rule absolute, and appeal dismissed, at costs of appellant.

LAND, J., absent, concurring.